669 A.2d 952

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Anna ADAMETZ, Appellant.**

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Paul S. ADAMETZ, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1995.

Decided Jan. 18, 1996.

Irving M. Green, Kensington, for Anna Adametz.

John W. Peck and Allen P. Powanda, Greensberg, for the Commonwealth.

Nadia L. Vargo * and Stanley J. Wolowski, for Amicus–Police.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., who was sitting by designation, did not participate in the decision of this case.

---

* Application For Leave For Amicus Curiae To Present Oral Argument filed.